January 16, 2018

Orlando Ovalles and Digna N Almonte
1295 Worcester Street
Indian Orchard, MA 01151
413-543 8092
413 265 4195
ovallesor@gmail.com

United States District Court
District of Massachusetts

Dear Sir or Madam:

    We are Orlando Ovalles and Digna Almonte owners of K & O Food Mart, located 1295 Worcester Street, Indian Orchard, MA, 01151.

    According to The United States Department of Agriculture Food Nutrition Assistance Program (SNAP) has compiled evidences that my business has violated some regulations from the SNAP program.

    They sustain: first, some EBT transactions were made from individual benefit accounts in unusually short time frames. Second, in a series of Supplemental Nutrition Assistance Program EBT transactions, excessively large purchase transaction were made from recipient accounts.
Ours SNAP license (Supplemental Nutrition Assistance) was suspended in the month of September 2018. Our store was charged of trafficking food stamps during the month of December 2016-May 2017.

    We talked to them through a lawyer and they said they will review our case, but three months has passed and we do not have any answers.
We tried to explain to them that we do not have a control how our customers spend their benefits. If they come right away after using their EBT card, one, two or three times, we cannot refuse them from using the card and how much they want to spend. We have records and receipts of those transactions and we

are able to show the court or The United States Department of Agriculture Food Nutrition Assistance Program (SNAP).

We keep a large inventory of groceries, milk, meat, fruit and vegetables, bakery products and deli products (ham, cheeses) and we are able to prove with receipts from our vendors that supports our sales.

We could not keep track if our transactions or sales amounts are similar. Most of our customers shop Hispanic products, such as milk, bread, ham, cheese, and meat plan and they have the same price for everyone. They never sent an inspector from their agency to our store.

We asking to the court to please review our case, because the SNAP's program treated us unfairly. They arguments of fraud is not valid and enough for us. We believe SNAP's decision to suspend our license was based on suspicious. Not having EBT, we are losing a lot of business.

We ask for justice and we deserve it.

Thank you for your time

Orlando Ovalles
ovallesor@gmail.com
413- 265 -4195

Digna N Almonte
413- 543 -8092